PER CURIAM.
Affirmed. State v. Matera, 266 So.2d 661, 666-67 (Fla.1972); Ballard v. State, 323 So.2d 297 (Fla. 3d DCA 1975); Stallings v. State, 319 So.2d 640 (Fla. 1st DCA 1975); Phillips v. State, 313 So.2d 428 (Fla. 3d DCA 1975); Fulford v. State, 311 So.2d 203 (Fla. 3d DCA 1975); Morrison v. State, 283 So.2d 137 (Fla. 2d DCA 1973); Yanks v. State, 273 So.2d 401 (Fla. 3d DCA 1973); Ratliff v. State, 256 So.2d 262, 264 (Fla. 1st DCA 1972); Wilcox v. State, 171 So.2d 427 (Fla. 3d DCA 1965).